Mark M. Williams, SBN 89848
LA FOLLETTE, JOHNSON,
DeHAAS, FESLER & AMES
865 South Figueroa Street, 32nd Floor
Los Angeles, California 90017-5431
Telephone (213) 426-3600
Facsimile (213) 426-3650
mwilliams@ljdfa.com

Attorneys for Defendants, SCUBA MANIA, INC.,
d.b.a. BEACH CITIES SCUBA, JAMES GRUNDY,
JOHN MOSS, RIVIERA CHARTERS LLC; and
M. V. *RIVIERA*

UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ANDREW STROUD,

    Plaintiff,

vs.

SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; C& N LINS, INC; d.b.a. CATALINA DIVERS SUPPLY, LLC.; RIVIERA CHARTERS LLC; M/V RIVIERA, Inclusive,

    Defendants.

CASE NO:

**NOTICE OF REMOVAL OF ENTIRE ACTION**

**NOTICE OF REMOVAL**

Defendants SCUBA MANIA, INC., d.b.a. BEACH CITIES SCUBA, JAMES GRUNDY, JOHN MOSS, RIVIERA CHARTERS LLC; and M. V. *RIVIERA* hereby remove Case No. BC691641 from the Superior Court of the State of California in and for the County of Los Angeles, Department M, Torrance, California, to the United States District Court for the Central District of California, Western Division, after plaintiff Andrew Stroud filed on 01/17/2019 a Second Amended Complaint in the state court action making the M. V. *Riviera* an *in rem* defendant and bringing suit under the "savings to suitors" clause of 28 U. S. C. §1333(1). The *in rem* action against the M.V. *Riviera* is

- 1 -
NOTICE OF REMOVAL

one of exclusive federal jurisdiction and serves as the ground for this removal under 28 U. S. C. 1441(a).

## STATEMENT OF CASE

1. The original Complaint was filed on January 29, 2018 and almost immediately was superseded by the filing of a First Amended Complaint, which was the subject of motions to strike filed by each of the defendants. The trial court having granted those motions, gave plaintiff Stroud and Plaintiffs Lee in the related and consolidated state court action twenty (20) days to file Second Amended Complaints.

2. Mr. Stroud's Second Amended Complaint was timely filed and served by mail on January 17, 2019 naming for the first time the M. V. *Riviera* as an *in rem* defendant and naming for the first time Riviera Charters LLC as a defendant and including for the first time allegations of negligent conduct on the part of the *Riviera's* captain and first mate as proximate causes of the plaintiff Stroud's accident and injuries. A copy of the Second Amended Complaint with its Summons and Amendments to Complaint are attached hereto as Exhibit 1.

3. Exclusive federal court jurisdiction exists for *in rem* actions. Linton v. Great Lakes Dredge & Dock Co., 964 F.2d 1480, 1486 (5th Cir. 1992) *citing* The Hine v. Trevor, 71 U.S. 555, $ Wall. 555, 18 L. Ed. 451 (1897); The Glide, 167 U. S. 606, 42 L. Ed. 296, 17 S. Ct. 930 (1897). In Keys v. Sea-Land Honduras, 198 U. S. Dist. LEXIS 766 (1998 Est. Dist. of LA) the court wrote "*in rem* admiralty cases are not 'removed' in the general sense of removal where state and federal courts share concurrent jurisdiction over a claim. Rather, because state courts have no jurisdiction to exercise over *in rem* admiralty cases, such cases can exist only in the realm of federal courts. Id. at page 7 of 10. In American Dredging

Co. v. Miller, 510 U. S. 443, 446, 127 L. Ed. 285, 114 S. Ct. 981 (1994), *quoting* Red Cross Line v. Atlantic Fruit Co., 264 U. S. 109, 68 L. Ed. 582, 44 S. Ct. 274 (1927), state courts under §1333's provision of exclusive federal jurisdiction for admiralty or maritime cases is that 'state courts may not provide a remedy *in rem* for any cause of action within the admiralty jurisdiction.' Id. at 446.

4. Each of the defendants to include my clients and the co-defendants, SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; C& N LINS, INC; d.b.a. CATALINA DIVERS SUPPLY, LLC.; RIVIERA CHARTERS LLC; M/V *RIVIERA*, agree with removal of this action to federal district court sitting in admiralty.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5. A true and correct copy of the Second Amended Complaint is filed as part of this Notice of Removal.

6. Notice of Removal is being filed within thirty (30) days of service of the Summons and Second Amended Complaint on these defendants. Removal is timely under 28 U. S. C. §§1441 and 1446, and this District Court is located in the federal district embracing the Superior Court where the state court action was originally filed.

## CONCLUSION

7. By this Notice of Removal, defendants do not waive any objection they may have to service, jurisdiction or venue, or to any other defense they may have to

this action, including whether Admiralty jurisdiction attaches to the *in personam* (non-*in rem*) claims brought against the other (non-vessel) defendants. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and pleas.

Dated: January 23, 2019

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

By: /s/ M. Williams

MARK M. WILLIAMS
Attorneys for Defendants, SCUBA MANIA, INC. dba BEACH CITIES SCUBA, JAMES GRUNDY, JOHN MOSS, RIVIERA CHARTERS LLC and M. V. *RIVIERA*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Mark M. Williams, Esq. SBN 89848
LaFollette, Johnson, DeHaas, Fesler & Ames
865 S. Figueroa St., 32nd Floor
Los Angeles, CA 90017
Phone: 213-438-2125

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANDREW STROUD | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| SCUBA MANIA, INC., d.b.a. BEACH CITIES SCUBA; etc. et al., | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES_____, State of California, and not a party to the above-entitled cause. On JANUARY 23,_____, 20 19_____, I served a true copy of NOTICE OF REMOVAL_____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 865 S. Figueroa St., Los Angeles, CA 90017_____
Executed on January 23_____, 20 19_____ at Los Angeles_____, California

Please check one of these boxes if service is made by mail:

- ☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
- ☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
- ☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                                            *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

ANDREW STROUD v. SCUBA MANIA, INC. dba BEACH CITIES SCUBA, et al.,
Our File No.: 6431.39302-1
SERVICE LIST

Richard A. Jorgensen, Esq.
Jorge A. Lopez, Esq.
JORGENSEN & SALBERG, LLP
15137 Woodlawn Avenue
Tustin, CA 92780
Phone: (949) 851-9900
Fax: (888) 848-0776
Email: rjorgensen@jslawgroup.com
Attorneys for Plaintiff, ANDREW STROUD

Thomas J. Griffin, Esq.
NELSON GRIFFIN LLP
555 S. Flower Street, Suite 4200
Los Angeles, CA 90071
Phone: (213) 833-0155
Fax: (213) 833-0160
Email: tgriffin@nelsongriffin.com
Attorneys for Defendants, C & N LINS, INC., dba CATALINA DIVERS SUPPLY

Neil S. Lerner, Esq.
Heather A. Rogers, Esq.
COX WOOTTON LERNER GRIFFIN & HANSEN, LLP
12011 San Vicente Boulevard
Suite 600
Los Angeles, CA 90049
Phone: (310) 440-0020
Fax: (310) 440-0015
Email: nsl@cwlfirm.com
Attorneys for Defendants, ANTHONY FALZONE, RANDY SMITH

Richard A. Lesser, Esq.
LESSER & ASSOCIATES, PLC
423 South Pacific Coast Highway, Suite 206
Redondo Beach, CA 90277
Phone: (310) 374-4808
Fax: (310) 372-7715
Email: lesser@divelaw.com
Attorneys for Plaintiffs In Related Action, JASON LEE, individually and as personal representative of the Estate of Catherine Yi, NANCY LEE

Francis S. Ryu, Esq.
RYU LAW FIRM
915 Wilshire Boulevard, Suite 1775
Los Angeles, CA 90017
Phone: (323) 931-5270
Fax: (323) 931-5271
Email: francis@ryulaw.com
Co-Counsel for Plaintiffs in Related Action, JASON LEE, individually and as personal representative of the Estate of Catherine Yi, NANCY LEE