Electronically FILED by Superior Court of California, County of Los Angeles on 01/17/2019 11:25 AM Sherri R. Carter, Executive Officer/Clerk of Court, by E. Johnston, Deputy Clerk
BC691641

**SUM-100**

# SUMMONS ON SECOND AMENDED COMPLAINT
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA; ANTHONY FALZONE; JAMES GRUNDY; RANDY SMITH; JOHN MOSS; CATALINA DIVERS SUPPLY, LLC; and DOES 1-100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ANDREW STROUD

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is: Los Angeles County Superior Court
*(El nombre y dirección de la corte es):*

Torrance Courthouse
825 Maple Avenue, Torrance, CA 90503

**CASE NUMBER:** *(Número del Caso):* BC691641

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jorge A. Lopez, Jorgensen & Salberg, LLP, 15137 Woodlawn Ave., Tustin, CA 92780, 949-851-9900
(SBN 260557)

DATE: 01/17/2019  Sherri R. Carter Executive Officer / Clerk of Court  Eva Johnston, Deputy
*(Fecha)*  Clerk, by *(Secretario)*  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**
**ON SECOND AMENDED COMPLAINT**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT L

ia, County of Los Angeles on 01/17/2019 02:57 Sherri R. Carter, Executive Officer/Clerk of Court, by Eva Johnston,

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Jorge A. Lopez, Esq.<br>Jorgensen & Salberg, LLP<br>15137 Woodlawn Avenue<br>Tustin, CA 92780 | 260557 | |

ATTORNEY FOR (Name): PLAINTIFF, ANDREW STROUD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS: 825 Maple Avenue, Torrance, CA 90503

PLAINTIFF:
ANDREW STROUD

DEFENDANT:
SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA, ET AL.

**AMENDMENT TO COMPLAINT**
(Fictitious /Incorrect Name)

CASE NUMBER: BC691641

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME

DOE 2

and having discovered the true name of the defendant to be:

TRUE NAME

RIVIERA CHARTERS, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/15/19 | JORGE A. LOPEZ | *(signed)* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____          _____
Dated                                             Judicial Officer

LASC LACIV 105 (Rev. 08/18)
For Optional Use

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5, 472, 473, 474

Electronically Received 01/17/2019 02:57 PM

EXHIBIT 1.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Tustin, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 15137 Woodlawn Avenue, Tustin, CA 92780. On January 17, 2019 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **AMENDMENT TO COMPLAINT**

SERVED UPON:   *Please See Attached Service List*

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Tustin, California. I am readily familiar with the practice of JORGENSEN & SALBERG, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by U.S. Delivery Systems to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 17, 2019, at Tustin, California.

_____
YVETTE GARNICA

EXHIBIT 1.

*Service List for*:
*Stroud v. Scuba Mania, Inc. d/b/a Beach Cities, et al.*
Case No.: BC691641 (Lead Case)
Related Case:
*Lee, et al. v. Scuba Mania, Inc. dba Beach Cities Scuba, et al.*
Case No.: BC691786

| | |
|---|---|
| Nelson Griffin, LLP<br>Thomas J. Griffin, Esq.<br>Raymond J. Muro, Esq.<br>555 S. Flower Street, Ste. 4200<br>Los Angeles, CA 90071<br>Phone: (213) 833-0155<br>Fax: (213) 833-0160<br>E-mail: tgriffin@nelsongriffin.com | Attorneys for Defendant,<br>C & N LINS INC. d/b/a CATALINA DIVERS SUPPLY |
| La Follette Johnson<br>Mark M. Williams, Esq.<br>865 S. Figueroa St., Fl. 32<br>Los Angeles, CA 90017<br>Phone: (213) 426-3600<br>Fax: (213) 426-3650 | Attorneys for Defendants,<br>JAMES GRUNDY; JOHN MOSS; & SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA |
| Cox Wootton Lerner Griffin & Hansen, LLP<br>Neil S. Lerner, Esq.<br>12011 San Vicente Blvd., Ste. 600<br>Los Angeles, CA 90049-4948<br>Phone: (310) 440-0020<br>Fax: (310) 440-0015<br>E-mail: nsl@cwlfirm.com | Attorneys for Defendants,<br>RANDY SMITH, & ANTHONY FALZONE |
| Lesser & Associates<br>Richard A. Lesser, Esq.<br>423 S. Pacific Coast Highway, Ste. 206<br>Redondo Beach, CA 90277<br>Phone: (310) 374-4808<br>Fax: (310) 372-7715<br>E-mail: rick@divelaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |
| Ryu Law Firm<br>Francis S. Ryu, Esq.<br>915 Wilshire Boulevard, Ste. 1775<br>Los Angeles, CA 90017<br>Phone: (323) 931-5270<br>Fax: (323) 931-5271<br>E-mail: francis@ryulaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |

JORGENSEN & SALBERG, LLP
15137 Woodlawn Avenue
Tustin, CA 92780
(949) 851-9900

EXHIBIT 1.

f Los Angeles on 01/17/2019 02:57 Sherri R. Carter, Executive Officer/Clerk of Court, by Eva Johnston, Deputy Cler

Electronically Received 01/17/2019 02:57 PM

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER 260557 | Reserved for Clerk's File Stamp |
|---|---|---|
| Jorge A. Lopez, Esq.<br>Jorgensen & Salberg, LLP<br>15137 Woodlawn Avenue<br>Tustin, CA 92780 | | |

ATTORNEY FOR (Name): PLAINTIFF, ANDREW STROUD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS: 825 Maple Avenue, Torrance, CA 90503

PLAINTIFF:
ANDREW STROUD

DEFENDANT:
SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA, ET AL.

| **AMENDMENT TO COMPLAINT**<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC691641 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 3

and having discovered the true name of the defendant to be:
TRUE NAME
M/V RIVIERA

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/15/19 | JORGE A. LOPEZ | [signature] |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:
INCORRECT NAME

and having discovered the true name of the defendant to be:
TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____                    _____
Dated                                         Judicial Officer

LASC LACIV 105 (Rev. 08/18)     **AMENDMENT TO COMPLAINT**     Code Civ. Proc., §§ 471.5,
For Optional Use                (Fictitious / Incorrect Name)      472, 473, 474

EXHIBIT 1.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Tustin, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 15137 Woodlawn Avenue, Tustin, CA 92780. On January 17, 2019 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **AMENDMENT TO COMPLAINT**

SERVED UPON: *Please See Attached Service List*

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Tustin, California. I am readily familiar with the practice of JORGENSEN & SALBERG, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by U.S. Delivery Systems to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 17, 2019, at Tustin, California.

YVETTE GARNICA

JORGENSEN & SALBERG, LLP
15137 Woodlawn Avenue
Tustin, CA 92780
(949) 851-9900

EXHIBIT 1.

*Service List for*:
*Stroud v. Scuba Mania, Inc. d/b/a Beach Cities, et al.*
Case No.: BC691641 (Lead Case)
Related Case:
*Lee, et al. v. Scuba Mania, Inc. dba Beach Cities Scuba, et al.*
Case No.: BC691786

| | |
|---|---|
| Nelson Griffin, LLP<br>Thomas J. Griffin, Esq.<br>Raymond J. Muro, Esq.<br>555 S. Flower Street, Ste. 4200<br>Los Angeles, CA 90071<br>Phone: (213) 833-0155<br>Fax: (213) 833-0160<br>E-mail: tgriffin@nelsongriffin.com | Attorneys for Defendant,<br>C & N LINS INC. d/b/a CATALINA DIVERS SUPPLY |
| La Follette Johnson<br>Mark M. Williams, Esq.<br>865 S. Figueroa St., Fl. 32<br>Los Angeles, CA 90017<br>Phone: (213) 426-3600<br>Fax: (213) 426-3650 | Attorneys for Defendants,<br>JAMES GRUNDY; JOHN MOSS; & SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA |
| Cox Wootton Lerner Griffin & Hansen, LLP<br>Neil S. Lerner, Esq.<br>12011 San Vicente Blvd., Ste. 600<br>Los Angeles, CA 90049-4948<br>Phone: (310) 440-0020<br>Fax: (310) 440-0015<br>E-mail: nsl@cwlfirm.com | Attorneys for Defendants,<br>RANDY SMITH, & ANTHONY FALZONE |
| Lesser & Associates<br>Richard A. Lesser, Esq.<br>423 S. Pacific Coast Highway, Ste. 206<br>Redondo Beach, CA 90277<br>Phone: (310) 374-4808<br>Fax: (310) 372-7715<br>E-mail: rick@divelaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |
| Ryu Law Firm<br>Francis S. Ryu, Esq.<br>915 Wilshire Boulevard, Ste. 1775<br>Los Angeles, CA 90017<br>Phone: (323) 931-5270<br>Fax: (323) 931-5271<br>E-mail: francis@ryulaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |

JORGENSEN & SALBERG, LLP
15137 Woodlawn Avenue
Tustin, CA 92780
(949) 851-9900

EXHIBIT 1.

ia, County of Los Angeles on 01/17/2019 11:25 Sherri R. Carter, Executive Officer/Clerk of Court, by Eva Johnston,

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER 260557 | Reserved for Clerk's File Stamp |
|---|---|---|
| Jorge A. Lopez, Esq.<br>Jorgensen & Salberg, LLP<br>15137 Woodlawn Avenue<br>Tustin, CA 92780 | | |
| ATTORNEY FOR (Name): PLAINTIFF, ANDREW STROUD | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS: 825 Maple Avenue, Torrance, CA 90503

PLAINTIFF:
ANDREW STROUD

DEFENDANT:
SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA, ET AL.

**AMENDMENT TO COMPLAINT**
(Fictitious /Incorrect Name)

CASE NUMBER: BC691641

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 3

and having discovered the true name of the defendant to be:

TRUE NAME
M/V RIVIERA

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 01/15/19 | JORGE A. LOPEZ | *(signed)* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____          _____
Dated                                              Judicial Officer

LASC LACIV 105 (Rev. 08/18)
For Optional Use

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5, 472, 473, 474

Electronically Received 01/17/2019 11:25 AM

EXHIBIT 1.

| | | |
|---|---|---|
| 1 | | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF ORANGE | |

1
2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3  I am employed in the City of Tustin, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 15137 Woodlawn Avenue, Tustin, CA 92780. On January 17, 2019 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:  **AMENDMENT TO COMPLAINT**

SERVED UPON:  *Please See Attached Service List*

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Tustin, California. I am readily familiar with the practice of JORGENSEN & SALBERG, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by U.S. Delivery Systems to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 17, 2019, at Tustin, California.

_____
YVETTE GARNICA

1
PROOF OF SERVICE

EXHIBIT 1.

<div style="margin-left: 2em;">
JORGENSEN & SALBERG, LLP
15137 Woodlawn Avenue
Tustin, CA 92780
(949) 851-9900
</div>

*Service List for:*
*Stroud v. Scuba Mania, Inc. d/b/a Beach Cities, et al.*
Case No.: BC691641 (Lead Case)
Related Case:
*Lee, et al. v. Scuba Mania, Inc. dba Beach Cities Scuba, et al.*
Case No.: BC691786

| | |
|---|---|
| Nelson Griffin, LLP<br>Thomas J. Griffin, Esq.<br>Raymond J. Muro, Esq.<br>555 S. Flower Street, Ste. 4200<br>Los Angeles, CA 90071<br>Phone: (213) 833-0155<br>Fax: (213) 833-0160<br>E-mail: tgriffin@nelsongriffin.com | Attorneys for Defendant,<br>C & N LINS INC. d/b/a CATALINA DIVERS SUPPLY |
| La Follette Johnson<br>Mark M. Williams, Esq.<br>865 S. Figueroa St., Fl. 32<br>Los Angeles, CA 90017<br>Phone: (213) 426-3600<br>Fax: (213) 426-3650 | Attorneys for Defendants,<br>JAMES GRUNDY; JOHN MOSS; & SCUBA MANIA, INC. d/b/a BEACH CITIES SCUBA |
| Cox Wootton Lerner Griffin & Hansen, LLP<br>Neil S. Lerner, Esq.<br>12011 San Vicente Blvd., Ste. 600<br>Los Angeles, CA 90049-4948<br>Phone: (310) 440-0020<br>Fax: (310) 440-0015<br>E-mail: nsl@cwlfirm.com | Attorneys for Defendants,<br>RANDY SMITH, & ANTHONY FALZONE |
| Lesser & Associates<br>Richard A. Lesser, Esq.<br>423 S. Pacific Coast Highway, Ste. 206<br>Redondo Beach, CA 90277<br>Phone: (310) 374-4808<br>Fax: (310) 372-7715<br>E-mail: rick@divelaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |
| Ryu Law Firm<br>Francis S. Ryu, Esq.<br>915 Wilshire Boulevard, Ste. 1775<br>Los Angeles, CA 90017<br>Phone: (323) 931-5270<br>Fax: (323) 931-5271<br>E-mail: francis@ryulaw.com | Attorney for Plaintiffs,<br>JASON LEE, ESTATE OF CATHERINE YI, & NANCY LEE |

EXHIBIT 1.