**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW STROUD<br><br>PLAINTIFF(S),<br><br>v.<br><br>SCUBA MANIA, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:19−cv−00128<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 16-05 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the   Western   Division.

    This case has been reassigned to case number   2:19−cv−00545 FMO (KSx)   and has been assigned to  Judge Fernando M. Olguin   for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  Magistrate Judge Karen L. Stevenson   for:

    X  any discovery and/or post-judgment matters that may be referred.

       for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:   2:19−cv−00545 FMO (KSx)  . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number   8:19−cv−00128  . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                        Clerk, U.S. District Court

                                                        By:  /s/ *Edwin Sambrano*
                                                          edwin_sambrano@cacd.uscourts.gov
                                                           Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;
Statistics Clerk*

G−73 (10/16)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT